JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>            Plaintiffs,<br><br>     v.<br><br>GREGORY SCOTT THORNHILL, an individual also known as "Robert Thornhill" doing business as "Thornhill Equipment Rental",<br><br>            Defendant. | CASE NO.:  CV16-5671 FMO (SKx)<br><br>ASSIGNED TO THE HONORABLE FERNANDO M. OLGUIN<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2     **IT IS HEREBY ORDERED** that:

3     Pursuant to the Stipulation for Dismissal without Prejudice entered into by and
4 between defendant Gregory Scott Thornhill, an individual also known as "Robert
5 Thornhill" doing business as "Thornhill Equipment Rental," and plaintiffs Trustees of
6 the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and
7 Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust
8 and Trustees of the Operating Engineers Training Trust, the above-entitled action shall
9 be dismissed, without prejudice.

12 Dated: December 15, 2016         /s/
13                                          UNITED STATES DISTRICT COURT JUDGE